## SHIEL v. MILLER.

(Supreme Court, Appellate Term. December 11, 1906.)

APPEAL—RECORD—INSUFFICIENCY.

Where the notice of appeal recites that an appeal is taken from a judgment of dismissal, and the record does not contain such judgment, the case will be remitted to the trial court for such action as the parties may deem proper.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 2830–2832.]

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by John J. Shiel against John L. Miller. From a judgment for defendant, plaintiff appeals. Case remitted to trial court.

Argued before GILDERSLEEVE, FITZGERALD, and DAVIS, JJ.

A. D. Pape, for appellant.
J. L. Miller, for respondent.

PER CURIAM. According to the notice of appeal herein, the plaintiff appeals from a judgment dismissing his complaint. The record on appeal does not contain any judgment dismissing the complaint.

Case sent back for such further action as the parties deem proper to take.